**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Adan BORGUEZ–BORBON, T/N Pedro Adan Borguez–Borbon, Defendant– Appellant.**

**No. 06–50011.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed March 1, 2007.

Becky S. Walker, Esq., Julie J. Shemitz, Esq., USLA—Office of the U.S. Attorney

Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

James H. Locklin, Esq., FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Adan Borguez–Borbon appeals from a judgment sentencing him to 57 months imprisonment for being an illegal alien found in the United States following a deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm and remand to correct the judgment.

Borguez–Borbon contends that it was plain error for the district court to increase his base offense level by sixteen levels pursuant to U.S.S.G. § 2L1.2(b)(1)(A) because his prior conviction under California Health and Safety Code § 11351 was not categorically a drug trafficking offense. However, this contention is foreclosed. *See United States v. Morales–Perez,* 467 F.3d 1219, 1221–23 (9th Cir.2006) (holding that both possession of cocaine base with intent to distribute and purchasing cocaine base for purposes of sale are drug trafficking offenses for purposes of U.S.S.G. § 2L1.2(b)(1)(A)).

Borguez–Borbon also contends that 8 U.S.C. § 1326(b)(2) is unconstitutional be-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

cause it raises the statutory maximum sentence from 2 years to 20 years when a judge, rather than a jury, finds that the defendant's removal was subsequent to the commission of an aggravated felony. This contention is foreclosed by *United States v. Beng–Salazar*, 452 F.3d 1088, 1091 (9th Cir.2006).

We remand the case to the district court with instructions that it replace the judgment's reference to 8 U.S.C. § 1326(a)(b)(2) with a reference to 8 U.S.C. § 1326(a).

**AFFIRMED; REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.